UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,

          Plaintiff,

    v.

C. TRAN, et al.,

          Defendants.

Case No.  15-cv-05377-SI

**ORDER EXTENDING DEADLINE**

Re: Dkt. No. 3

      Plaintiff's request for an extension of the deadline to file his *in forma pauperis* application is GRANTED.  (Docket # 3.)  Plaintiff must file a completed and signed *in forma pauperis* application no later than **February 26, 2016**, or this action will be dismissed.  No further extensions of this deadline should be expected.

      **IT IS SO ORDERED**.

Dated: January 12, 2016

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California