UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br>    Plaintiff,<br>    v.<br>C. TRAN, et al.,<br>    Defendants. | Case No. 15-cv-05377-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 53 |

Plaintiff has requested an extension of the deadline to file his opposition to defendants' motion for summary judgment, explaining that he needs additional time to prepare his opposition because he has been transferred to a new prison and his paperwork must be processed before it will be returned to him at the new prison. Upon due consideration, plaintiff's request is GRANTED. (Docket No. 53.) The court now sets the following new briefing schedule: Plaintiff must file and serve on defense counsel his opposition to the motion no later than **October 27, 2017**. Defendants must file and serve their reply brief (if any) no later than **November 10, 2017.**

**IT IS SO ORDERED**.

Dated: September 8 2017

_____
SUSAN ILLSTON
United States District Judge