UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAREEM J. HOWELL, | Case No. 15-cv-05377-SI |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR ADDITIONAL MATERIALS** |
| C. TRAN, et al., | |
| Defendants. | |

Defendants have moved for summary judgment in this action in which plaintiff asserts claims of deliberate indifference to his mental health needs and excessive force. Defendants presented a declaration from a doctor who discusses the medical records, but did not attach the actual medical records to his declaration. The court's evaluation of the motion for summary judgment would be aided by a review of the actual records. Accordingly, no later than **February 9, 2018**, defendants must file and serve a copy of the medical records for plaintiff during his stay at the Santa Clara County Jail during the period July 16, 2015 through and including September 20, 2015. Defendants also should file and serve a copy of any other records they have that reflect that plaintiff received medical and mental health care during that time period.

**IT IS SO ORDERED**.

Dated: January 30, 2018

_____
SUSAN ILLSTON
United States District Judge